ANDREW M. PURDY, ATTORNEY AT LAW
Andrew M. Purdy (CA Bar No. 261912)
15615 Alton Parkway, Suite 450
Irvine, CA 92618
Tel: (949) 570-5500
Fax: (949) 298-7234
amp@purdylegal.com

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Casey's Distributing, Inc., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>National Football League, Inc., National Football League Properties, Inc., NFL Enterprises, LLC, Arizona Cardinals Football Club LLC, Atlanta Falcons Football Club, LLC, Baltimore Ravens Limited Partnership, Buccaneers Team LLC, Buffalo Bills LLC, Carolina Panthers, LLC, The Chicago Bears Football Club, Inc., Chargers Football Company, LLC, Cincinnati Bengals, Inc., Cleveland Browns Football Company, LLC, Dallas Cowboys Football Club, Ltd., Detroit Lions Inc., Football Northwest LLC, Green Bay Packers, Inc., Houston NFL Holdings, L.P., Indianapolis Colts, Inc., Jacksonville Jaguars LLC, Kansas City Chiefs Football Club, Inc., Las Vegas Raiders Football LLC, Miami Dolphins Ltd., Minnesota Vikings Football LLC, New England Patriots LLC, New Orleans Louisiana Saints, LLC, New York Football Giants Inc., New York Jets Football Club, Inc. PDB Sports, Ltd. d/b/a Denver Broncos Football Club, The Philadelphia Eagles Football Club Inc., Pittsburgh Steelers Sports Inc., The | Case No. 3:21-cv-09905-JS<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES** |

| | |
|---|---|
| 1<br>2 | Rams Football Company LLC, San Francisco Forty Niners II, LLC, Tennessee Football, Inc., Washington Football, Inc., and Fanatics, Inc., |
| 3 | Defendants. |
| 4 | This Document Relates to: |
| 5 | - 3:21-cv-09908-SK |
| 6 | - 3:22-cv-00586-SK |
| 7 | - 3:22-cv-00855-SK |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES

On February 18, 2022, Plaintiffs in *Hastings v. National Football League, Inc., et al.*, No. 3:21-cv-09908-SK (N.D. Cal.); *Hibbs v. National Football League, Inc., et al.*, No. 3:22-cv-00586-SK (N.D. Cal.); and *Santos, et al., v. Football League, Inc., et al.*, No. 3:22-cv-00855-SK (N.D. Cal.), be related to *Casey's Distributing Inc. v. National Football League, Inc., et al.*, No. Case No. 3:21-cv-09905-JS, filed an Administrative Motion to Consider Whether Cases are Related pursuant to Civil Local Rule 3-12 and 7-11. The time for filing an opposition or statement of support has passed.

The Court having considered the papers and pleadings on file, and good cause appearing, **HEREBY GRANTS** the Administrative Motion to Consider Whether Cases are Related.

**IT IS ORDERED** that the actions identified in the motion, *Hastings v. National Football League, Inc., et al.*, No. 3:21-cv-09908-SK (N.D. Cal.); *Hibbs v. National Football League, Inc., et al.*, No. 3:22-cv-00586-SK (N.D. Cal.); and *Santos, et al., v. Football League, Inc., et al.*, No. 3:22-cv-00855-SK (N.D. Cal.), be related to *Casey's Distributing Inc. v. National Football League, Inc., et al.*, No. Case No. 3:21-cv-09905-JS.

**IT IS SO ORDERED.**

Dated: _____                                        _____
                                                                                      Honorable Joseph C. Spero
                                                                                      United States Magistrate Judge

---

1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES

| | |
|---|---|
| **BURNS CHAREST LLP** | **ANDREW M. PURDY,** |
| Christopher J. Cormier | **ATTORNEY AT LAW** |
| (Admitted Pro Hac Vice) | Andrew M. Purdy (SBN 261912) |
| Spencer Cox (Admitted Pro Hac Vice) | amp@purdylegal.com |
| 4725 Wisconsin Avenue, NW, Suite 200 | 15615 Alton Parkway |
| Washington, DC 20016 | Tel: (949) 570-5500 |
| Tel: (202) 577-3977 | Fax: (949) 298-7234 |
| Fax: (469) 444-5002 | amp@purdylegal.com |
| ccormier@burnscharest | |
| scox@burnscharest | |
| | **GIRARD SHARP LLP** |
| -and- | Dena C. Sharp (SBN 245869) |
| Warren T. Burns (Admitted Pro Hac Vice) | Adam E. Polk (SBN 273000) |
| 900 Jackson Street, Suite 500 | Kyle P. Quackenbush (SBN 322401) |
| Dallas, TX 75202 | 601 California Street, Suite 1400 |
| Tel: (469) 904-4550 | San Francisco, CA 94108 |
| Fax: (469) 444-5002 | Tel: (415) 981-4800 |
| wburns@burnscharest.com | Fax: (415) 981-4846 |
| | dsharp@girardsharp.com |
| -and- | apolk@girardsharp.com |
| | kquackenbush@girardsharp.com |
| Patrick Murphree (*Pro Hac Vice* to be Filed) | |
| 365 Canal Street, Suite 1170 | |
| New Orleans, Louisiana 70130 | |
| Tel: (504) 799-2845 | |
| Fax: (504) 881-1765 | |
| pmurphree@burnscharest.com | |

2

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES