**GIRARD SHARP LLP**
Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Kyle P. Quackenbush (SBN 322401)
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com
kquackenbush@girardsharp.com

[Additional Counsel on Signature Page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN SANTOS, LESIA DUNN, and KIMBERLY ANN MARCKMANN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, INC., et al.<br><br>Defendants. | Case No. 3:22-cv-00855-WHA<br><br>**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Dean Santos, Lesia Dunn, and Kimberly Ann Marckmann hereby files this Notice of Dismissal of this action, without prejudice.

Dated: March 18, 2022

/s/ Adam E. Polk

**BURNS CHAREST LLP**
Christopher J. Cormier
(Admitted Pro Hac Vice)
Spencer Cox (Admitted Pro Hac Vice)
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
Fax: (469) 444-5002
ccormier@burnscharest
scox@burnscharest

-and-

Warren T. Burns (Admitted Pro Hac Vice)
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002
wburns@burnscharest.com

-and-

Patrick Murphree (Pro Hac Vice to be Filed)
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Tel: (504) 799-2845
Fax: (504) 881-1765
pmurphree@burnscharest.com

**GIRARD SHARP LLP**
Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Kyle P. Quackenbush (SBN 322401)
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com
kquackenbush@girardsharp.com

**ANDREW M. PURDY, ATTORNEY AT LAW**
Andrew M. Purdy (SBN 261912)
amp@purdylegal.com
15615 Alton Parkway
Tel: (949) 570-5500
Fax: (949) 298-7234
amp@purdylegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that I served the forgoing through the Court's CM/ECF system upon all counsel registered with that same system.

Dated: March 18, 2022

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Adam E. Polk*
　　　　　　　　　　　　　　　　　　　　　　　　Adam E. Polk